AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOHN D. BLACK, | ) | |
|     Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | CASE NO. 7:10-CV-57-F |
| | ) | |
| NEW JERSEY STATE ET AL., LOUIS | ) | |
| PROPERTIES LLC, HOMEDEPORE INC., | ) | |
|     Defendants, | ) | |

**Decision by Court.**

    IT IS ORDERED AND ADJUDGED that Home Depot, Inc.'s Motion to Dismiss is ALLOWED, and this action is DISMISSED. Plaintiff is ORDERED to show cause, if any there be, why this court should not impose upon him a permanent pre-filing injunction as requested by Home Depot, Inc. Plaintiff is ORDERED to file his response to this order on or before July 22, 2010. The Motion for Pre-Filing Injunction is HELD IN ABEYANCE until July 22, 2010 or when Plaintiff files his response, whichever occurs first.

    All other pending motions are DENIED as moot.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **June 24, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:


John D. Black (216 Scotland Avenue, Raeford, NC 28376)
Charles E. Raynal, IV (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| <u>June 24, 2010</u> | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| |   <u>/s/ Susan K. Edwards</u> |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |